UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BERNARD J. CONNAUGHTON,<br><br>                    Plaintiff,<br><br>            -against-<br><br>MOUNT VERNON CITY SCHOOL DISTRICT; JAMAL DOGGETT, PRINCIPAL REBECCA TURNER ELEMENTARY SCHOOL; THRUSHA HENDERSON, ASSISTANT PRINCIPAL REBECCA TURNER ELEMENTARY SCHOOL; GAYLE WHITE WALLACE, DIRECTOR OF PRE-K AND SPECIAL PROJECTS,<br><br>                    Defendants. | 21-CV-0692 (CM)<br><br>ORDER DENYING IFP APPLICATION |

COLLEEN McMAHON, Chief United States District Judge:

   Leave to proceed in this Court without prepayment of fees is denied because Plaintiff has sufficient assets to pay the fees. *See* 28 U.S.C. § 1915(a)(1). Plaintiff is directed to pay $402.00 in fees – a $350.00 filing fee and a $52.00 administrative fee – within 30 days of the date of this order. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed. The Clerk of Court is directed mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   February 22, 2021
         New York, New York

                                                              _____
                                                                    COLLEEN McMAHON
                                                              Chief United States District Judge