UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BERNARD J. CONNAUGHTON,

                              Plaintiff,

-against-

MOUNT VERNON CITY SCHOOL DISTRICT; JAMAL DOGGETT, PRINCIPAL REBECCA TURNER ELEMENTARY SCHOOL; THRUSHA HENDERSON, ASSISTANT PRINCIPAL REBECCA TURNER ELEMENTARY SCHOOL; GAYLE WHITE-WALLACE, DIRECTOR OF PRE-K AND SPECIAL PROJECTS,

                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/2021

21-CV-0692 (NSR)

ORDER OF SERVICE

NELSON S. ROMÁN, United States District Judge:

      Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.[1]

      The Clerk of Court is directed to issue summonses as to Defendants Mount Vernon City School District; Jamal Doggett, Principal, Rebecca Turner Elementary School; Thrusha Henderson, Assistant Principal, Rebecca Turner Elementary School; and Gayle White-Wallace, Director of Pre-K and Special Projects. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summons. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

---

[1] By order dated February 22, 2021, Chief Judge Colleen McMahon denied Plaintiff's application to proceed *in forma pauperis*. On March 10, 2021, Plaintiff paid the filing fees to bring this action.

      Plaintiff has consented to receive electronic service. (*See* ECF 2, at 8-9.) The Clerk of Court is directed to mail an information package to Plaintiff.

SO ORDERED.

Dated:   March 19, 2021
           White Plains, New York

                                                NELSON S. ROMÁN
                                                United States District Judge