**MEMO ENDORSED**

# SILVERMAN & ASSOCIATES | ATTORNEYS AT LAW

December 30, 2022

**VIA ECF**
Honorable Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

        Re:    *Connaughton v. Mount Vernon City School District, et al.*
                 Index No.: 21-CV-0692 (NSR)(JCM)
                 Our File No.: 5001.594

Dear Judge Roman:

      We represent the Defendants in this matter and are writing to respectfully request that, in light of the briefing schedule set forth by Your Honor, the conference currently scheduled for January 6, 2023 be adjourned.

      During a prior conference with Judge McCarthy on November 17th, the parties confirmed that there were no outstanding discovery issues and that the parties were ready to proceed to dispositive motion practice. On December 9, 2023, Defendants submitted a pre-motion letter setting forth the arguments they anticipate raising in their motion for summary judgment in this matter. In an Order issued earlier today, Your Honor waived the need for a pre-motion conference and set forth a briefing schedule. Defendants are not aware of any other outstanding issues in this matter that require the Court's attention. As such, Defendants respectfully request that the January 6, 2023 conference be adjourned.

Thank You for Your attention to this matter.

Respectfully submitted,

**SILVERMAN & ASSOCIATES**

*/s/ Gerald S. Smith*
Gerald S. Smith

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/2023

TO:  **VIA Email and Regular Mail**
      Bernard J. Connaughton
      *Pro Se Plaintiff*
      bernardconnaughton@yahoo.com

**In light of the briefing schedule for Defts' motion for summary judgment, the Court adjourns *sine die* the Jan. 6, 2023 Status Teleconf. pending the resolution of the motion. Clerk of Court is requested to terminate the motion at ECF No. 34.
Dated: White Plains, NY
January 5, 2023**

SO ORDERED:

*/s/ Nelson S. Roman*
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

445 Hamilton Ave., Suite #1102 | White Plains, NY 10601
914.574.4510 Main | 914.574.4515 Fax | silvermanandassociatesny.com