## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

BERNARD J. CONNAUGHTON,

                Plaintiff,                      21 **CIVIL** 0692 (NSR)

    -against-                      **JUDGMENT**

MOUNT VERNON CITY SCHOOL DISTRICT, et al.,

                Defendants.

-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated April 18, 2024, Defendants' Motion for summary judgment is GRANTED and all of Plaintiff's claims are dismissed with prejudice. Accordingly, the case is closed.

**Dated:** New York, New York
         April 18, 2024

                                                RUBY J. KRAJICK
                                                  Clerk of Court

                              **BY:** _____
                                                        **Deputy Clerk**